United States District Court
Southern District of Texas
**ENTERED**
May 31, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Aisha Wright, §
§
      Plaintiff, §
§
versus §      Civil Action H-19-203
§
Union Pacific Railroad Company, §
§
      Defendant. §

## Final Judgment

Aisha Wright takes nothing from Union Pacific Railroad Company. (82)

Signed on May 31, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge